UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-20442-CR
JUDGE: PAUL C. HUCK

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JORGE LUIS NOBREGA RODRIGUEZ,
Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE**

PLEASE TAKE NOTICE that undersigned counsel, David W. Macey, enters this notice of permanent appearance as counsel of record for the defendant, JORGE LUIS NOBREGA RODRIGUEZ, in the above-styled matter. This appearance is only for proceedings in the District Court and does not include any appellate proceedings.

All parties and this Honorable Court are requested to direct correspondence, pleadings, and notices and inquiries affecting the defendant to undersigned counsel.

>DAVID W. MACEY, P.A
>*Counsel for Defendant*
>135 San Lorenzo Avenue, PH-830
>Coral Gables, FL 33146
>Telephone: (305) 448-4529
>Fax: (305) 675-5841
>Email: dm@davidmacey.com
>
>By: s/ David W. Macey
>    David W. Macey, Esq.
>    Florida Bar No.: 185612

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23rd, 2021 the undersigned electronically filed the foregoing document with the Clerk using CM/ECF.

>By: s/ David W. Macey
>    David W. Macey, Esq.