# Discovery Table of Contents
U.S. v. Jorge Luis Nobrega
Case No. 21-20442-CR-Huck

I. **DOJ Disc 1:**
   - **Nobrega Jail Records**:
     - Nobrega Jail Emails: Bates Nos. JN00001-JN00096
     - Nobrega Jail Call Recordings – <u>File Name/Bates Nos.</u>:
       - Aug_16_2021_18_12_49_PM – Bates No. JN00097
       - Aug_17_2021_10_45_33_AM – Bates No. JN00098
       - Aug_17_2021_12_28_30_PM – Bates No. JN00099
       - Aug_18_2021_17_30_50_PM – Bates No. JN000100
       - Aug_18_2021_18_47_32_PM – Bates No. JN000101
       - Aug_19_2021_08_20_15_AM – Bates No. JN000102
       - Aug_19_2021_09_47_21_AM – Bates No. JN000103
       - Aug_19_2021_19_23_15_PM – Bates No. JN000104
       - Aug_19_2021_20_34_46_PM – Bates No. JN000105
       - Aug_20_2021_07_24_04_AM – Bates No. JN000106
       - Aug_20_2021_08_35_39_AM – Bates No. JN000107
       - Aug_21_2021_19_01_31_PM – Bates No. JN000108
       - Aug_21_2021_20_21_20_PM – Bates No. JN000109
       - Aug_22_2021_07_26_37_AM – Bates No. JN000110
       - Aug_22_2021_09_08_18_AM – Bates No. JN000111
       - Aug_23_2021_17_36_19_PM – Bates No. JN000112
       - Aug_23_2021_18_57_53_PM – Bates No. JN000113
   - **Reports of Investigation (ROIs):**
     - Bates Nos. JN00114-JN00309
   - **Transcripts of Recordings:**
     - Bates No. JN00310
   - **Additional Documents:**
     - Bates No. JN00319-JN00425
   - **Email Search Warrants:**
     - Bates No. JN00426-JN00832

II. **Disc - GJ Returns:**

   - Bates No. JN00311

III. **Disc Containing UC Calls & 02.27.20 Photos/Videos Provided by Nobrega**

   - Bates No. JN00312

IV. **Disc 1 of 5 Containing CI Calls**

   - Bates No. JN00313

V. **Disc 2 of 5 Containing CI Calls**

   - Bates No. JN00314

# Discovery Table of Contents
U.S. v. Jorge Luis Nobrega
Case No. 21-20442-CR-Huck

**VI.** **Disc 3 of 5 Containing CI Calls**

- Bates No. JN00315

**VII.** **Disc 4 of 5 Containing CI Calls**

- Bates No. JN00316

**VIII.** **Disc 5 of 5 Containing CI Calls**

- Bates No. JN00317

**IX.** **Thumb Drive Containing Search Warrant Returns**

- Bates No. JN00318