UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO.: 1:21-cr-20442
Plaintiff,     JUDGE: PAUL C. HUCK

v.

JORGE NOBREGA,
Defendant.
_____/

## NOTICE OF UNAVAILABILITY

YOU ARE HEREBY NOTIFIED that the undersigned attorney David W. Macey will be unavailable from November 18th, 2021 through November 28th, 2021, and from December 17th, 2021 through January 3rd, 2022 and respectfully requests that no trials, hearings, or discovery be scheduled or that papers be filed or served which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

Respectfully submitted,

Law Offices of David W. Macey
By: *s/ David W. Macey*
Florida Bar No.: 185612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3rd, 2021, the undersigned electronically filed the foregoing document with the Clerk using CM/ECF.

By: *s/ David W. Macey*
Florida Bar No.: 185612
Law Offices of David W. Macey, P.A.
135 San Lorenzo Avenue, PH 830
Miami, Florida 33146