UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20442-CR-HUCK

UNITED STATES OF AMERICA,

vs.

JORGE LUIS NOBREGA RODRIGUEZ,

        Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE(S):   Jorge L. Nobrega and Durmelys J. Moy, husband and wife

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, that a Lis Pendens recorded in Miami-Dade County, Florida on September 10, 2021, in Official Records Book *CFN 20210673093*, *Book 32729, Page 4932*, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**.   The real property affected by this release is located 5085 N.W. 7th Street, Unit 906, Miami, Florida 33126-3476, and includes all buildings, improvements, fixtures, attachments and easements, found therein or thereon, and is more particularly described as:

> Unit 906, Building 3, Blue Lagoon, a Condominium, all as set forth in the Declaration of Condominium and the Exhibits attached thereto and forming a part thereof, as recorded in Official Records Book 23710, Page 3703, and all amendments thereto, of the Public Records of Miami-Dade County, Florida. The above description includes, but is not limited to, all appurtenances to the condominium unit above described, including the undivided interest in the common elements of said condominium.
>
> Folio:   01-3131-032-2630

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

The instrument                          By:  _____
was prepared by:                             Joshua Paster
                                                Assistant United States Attorney
                                                Court ID No.   A5502616
                                                99 N.E. 4th Street – 7th Floor
                                                Miami, Florida   33132-2111
                                                Telephone:   (305) 961-9342
                                                E-mail:   Joshua.Paster@usdoj.gov