**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20442-Cr-PCH**

**UNITED STATES OF AMERICA,**

vs.

**JORGE LUIS NOBREGA RODRIGUEZ,**

    **Defendant.**
_____/

**<u>UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY</u>**

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Indictment, ECF No. 9, the United States seeks the forfeiture of the following property, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 21 U.S.C. § 853(p):

 i. Real property located at 4543 Saddleworth Circle, Orlando, Florida 32826.

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            UNITED STATES ATTORNEY

      By: */s/ Joshua Paster*
         Joshua Paster
         Assistant United States Attorney
         Court ID No. A5502616
         99 N.E. 4th Street, 7th Floor
         Miami FL, 33132-2111
         Telephone: (305) 961-9342
         E-mail: Joshua.Paster@usdoj.gov