UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20442-PCH

UNITED STATES OF AMERICA,

v.

JORGE LUIS NOBREGA RODRIGUEZ,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court upon the Plea Agreement filed by the United States Attorney's Office for the Southern District of Florida and Defendant Jorge Luis Nobrega Rodriguez on February 28, 2022. [ECF No. 26]. In accordance with 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida, the above-captioned cause is hereby **REFERRED** to United States Magistrate Judge Jacqueline Becerra for a Change of Plea Hearing. The Change of Plea Hearing shall be set in accordance with Magistrate Judge Becerra's schedule.

**DONE AND ORDERED** in Chambers in Miami, Florida on February 28, 2022.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
United States Probation Office