**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CR-20442-PCH/Becerra**

UNITED STATES OF AMERICA,

v.

JORGE LUIS NOBREGA RODRIGUEZ**,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 29], which was entered on March 8, 2022. In the R&R, Judge Becerra found that the Defendant Jorge Luis Nobrega Rodriguez, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with Conspiracy to Commit an Offense or to Defraud the United States, in violation of Title 18, United States Code, Section 371.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, and the parties filed a Joint Notice in No Objection to the Report and Recommendation on Change of Plea ("Joint Notice") on March 8, 2022. [ECF No. 33]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, May 23, 2022, at 3:30 PM**.

**DONE AND ORDERED** in Miami, Florida on March 9, 2022.

*[signature]*

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record