**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


**UNITED STATES OF AMERICA,**                          **CASE NO.:** 1:21-CR-20442
                                                       **JUDGE:** PAUL C. HUCK

      **Plaintiff,**

**vs.**

**JORGE LUIS NOBREGA RODRIGUEZ,**

      **Defendant,**

_____/


**DEFENDANT'S NOTICE OF FILING LETTERS**

COMES NOW, the Defendant, JORGE LUIS NOBREGA RODRIGUEZ, by and through his

undersigned counsel, and respectfully submits letters written by friends and family in support of

his upcoming sentencing hearing.


DATED this 18th of May 2022.                    Respectfully Submitted,

                                                /s/ David W. Macey
                                                David Macey, Esq.
                                                Florida Bar No.: 185612
                                                San Lorenzo Avenue, PH-830
                                                CoralGables, FL 33146
                                                Telephone: (305) 860-2562
                                                Fax: (305) 675-5841
                                                Email:dm@davidmacey.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 18th, 2022 a true and correct copy of the foregoing was filed via the Court's electronic filing system through which all counsel of record will receive a copy thereof.

<u>/s/ David W. Macey</u> David.
W. Macey, Esq. Florida Bar
No.: 185612

2

02 de Febrero de 2022

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse de Febrero de 2022

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 13-2

Miami, Florida 33128


Honorable Juez Huck, me llamo Durmelys Josefina Moy Medina, soy la Compañera sentimental de Jorge Luis Nobrega por más de 20 años.

Nos conocimos en venezuela, agradezco esta invaluable oportunidad para exponer mis súplicas a usted de perdón, y benevolencia para Jorge Luis Nobrega, estoy muy consciente de lo que él está enfrentando, acusaciones grave por sus acciones y decisiones, sin embargo, me gustaría que usted conociera un poco de Jorge través de mí, usted debe saber que Jorge es una persona que posee una Humanidad, nobleza, caridad, bondad como no hay en ninguna persona que yo haya conocido en mi vida...para mi es muy difícil escoger los puntos que quiero desarrollar para que conozca un poco de el, por que para serle sincera un libro podría hacerle de todas las cosas buenas de Jorge.

Como hijo:

Siempre pendiente de las necesidades de sus padres, cuidando cada detalle. que no les falte nada, sin reprochar o cuestionar alguna exigencia de parte ellos, siempre un hijo complaciente, desafortunadamente ahora solo le queda su mamá, a la cual el le hace mucha falta en especial ahora que está padeciendo de una enfermedad grabé (cáncer) es una sra de 85 años, no poder recibir sus llamadas diarias sus bendiciones para su Rey como ella le dice, le hemos ocultado la situación por la que Jorge está pasando en estos momentos. espero el pueda estar con su mami muy pronto.

Como Padre:

Las palabras quedan cortas y espero hacer un poco de justicia para describirlo, él es un padre entregado y siempre presente para sus hijos, cuidando cada detalle por pequeños que sean, asistir y estar presente para ellas siempre es su prioridad, leerles un cuento todas las noches, revisar debajo de sus camas, besarlas y bendecirla y decirle cuánto las ama cada noche y cada mañana, despertarlas con un desayuno hecho por papi o con un ramo de flores los fines de semana...como estos hay muchos detalles de un padre supremamente amoroso detallista y comprometido por sus hijas, siempre dándoles consejos y orientándolss para hacer de ellas seres humano intachables, sembrándoles todos los dias sensibilidad hasta por las cosas más insignificantes. indudablemente a ellas su papá les hace mucha falta. la edad de nuestras hijas son 10 y 15 años, a para ellas la ausencia de su papi les a afectado mucho mi hija mayor está actualmente en tratamiento psicologico y psiquiatrico...para ayudarla a sobre esta ausencia de su papá.

Como compañero de mi vida:

Describir a Jorge Luis? ha sido mi novio tiernamente por más de 20 años y digo novios porque jamás el a dejado de serlo, siempre buscando las maneras de refrescar nuestros sentimientos siendo esto unas de sus grandes prioridades en nuestra relaciona, incapaz de ofender nuestra unión, faltarle a nuestra relación, siendo un hombre de una sola pieza, no hay nada que yo le pueda reprochar como compañero, indudablemente Dios me dio la Bendición de tenerlo en mi vida, jamás he conocido a un hombre con tantas cualidad, el se preocupa por enamorarme todos los días, la bondad que hay en es abrumadora, siempre cuidando de mi, siempre observando las cosas que me hacen feliz para buscar después la forma de hacerme aun mas feliz...el me ha hecho sentir que soy muy especial y afortunada entre todas las mujeres, llenarme de amor y de incontables detalles ha sido su tarea en todos estos años juntos, pero ante todo inundarme de respeto y consideración...siempre siendo mi protector...COMO NO AMARLO??

Como persona:

El deja marcas imborrables en las personas que lo llegan a conocer ganándose así su respetos y cariños , la Bondad que lo caracteriza es infinita, siempre alegre, el hace labores sociale bajo el anonimato, ver feliz a los demás sin esperar nada a cambio lo llena infinitamente, el

siempre esta para el amigo, familia, o persona conocida que lo necesite, durante esta pandemia sus acciones  inmediatas lograron salvar vidas de personas amigas que sin importar donde se encontraba buscaba las formas de poder ayudarles con bombonas de oxígeno, medicamentos, enfermeras, sin estas acciones y medidas indudablemente esas vidas se hubieran perdido, jorge posee un corazón muy noble,y desprendido de lo material de una manera responsable, donde vivimos hay un sitio que se llama la aldea de los pescadores es un sector de poco poder adquisitivo el de manera anónima aporta para sus alimentos...también dotó a la Iglesia Maria auxiliadora de 3 unidades centrales de aire acondicionados, por otro lado dotó a un colegio de una biblioteca y un café con aire acondicionado, donde los niños desayunan y almuerzan...y cómo estas acciones hay muchas más. siempre dando a manos llenas, es una persona , super positivo, compasivo, gentil, complaciente, paciente, dedicado, comprometido, amoroso, trabajador, noble, buen padre, buen amigo, buen hijo, buen compañero e infinitas cualidades más. El es la luz de nuestro hogar, el es muy querido y respetado por todo lo que lo conocen.

Jorge es un ser humano con errores y virtude, él está completamente arrepentido de corazon, verse alejado de sus seres queridos y de lo que el mas ama ha sido devastador, ver como perdio todo por lo que tanto lucho y trabajo le ha dejado una gran lección...él está muy consciente que está cerca de cumplir 60 años y el tiempo que le queda debe cuidarlo como un tesoro, me dice que los pasos que dará y las decisiones que tomará en el futuro serán siempre correctas y pegadas a la Ley y al derecho, como siempre debió ser, no cometerá más errores, está consciente que ha perdido tiempo valioso con  sus hijas, conmigo y su mami...tiempo que nunca se podrá recuperar, el le pide a Dios incansablemente que usted se benevolente  y le de la oportunidad que tanto anhela su tan preciada Libertad.

Excelentísimo juez Huck

ya para terminar, aprovecho esta invaluable oportunidad para agradecerle el tiempo que le dedicó a la lectura de esta carta, le suplico que tome en cuenta la que aquí expongo antes de tomar una decisión en su sentencia...le imploro que se apiade de jorge Luis le ruego una oportunidad, él está consciente de sus errores y está arrepentido de corazón de todos ellos.

Le ruego incansablemente a Dios que lo acompañe siempre lo ayude y guie  en el momento de tomar su decisión.

atte: Durmelys Moy

February 2nd, 2022

Honorable Judge Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Honorable Judge Huck, my name is Durmelys Josefina Moy Medina. I am the sentimental partner of Jorge Luis Nobrega for more than 20 years.

We met in Venezuela. I appreciate this invaluable opportunity to present my pleas to you for forgiveness and benevolence for Jorge Luis Nobrega. I am well aware of what he is facing, serious accusations for his actions and decisions, however, I would like you to know a little about Jorge through me. You should know that Jorge is a person who possesses humanity, nobility, charity, and kindness like no other person I have met in my life... It is difficult for me to choose the points that I want to develop so that you know a little about him because, to be honest, I could make a book out of all the good things about Jorge.

**As a son:**

He is always aware of the needs of his parents, taking care of every detail, that they do not lack anything, without reproaching or questioning any demands on their part, always a willing son. Unfortunately, now only his mother is alive, to whom he is necessary, especially now that she is suffering from a serious disease (cancer. She is an 85-year-old woman, not being able to receive her daily calls from him, her blessings for her King as she says, we have hidden from her the situation that Jorge is going on right now. I hope he can be with his mom very soon.

**As Father:**

Words are not enough, and I hope to do justice when describing him. He is a devoted father and is always present for his children, taking care of every detail no matter how small, attending and being present for them is always his priority, reading them a story every night, checking under their beds, kissing them, and blessing them and tell them how much he loves them every night and every morning; wake them up with a breakfast made by daddy or a bouquet on weekends. Like those, there are many details of a supremely loving father who is detailed and committed to his daughters, always giving them advice and guiding them to make them irreproachable humans, planting sensitivity in them every day, even for the most insignificant things. Undoubtedly they miss their dad a lot. The ages of our daughters are 10 and 15 years old. For them, the absence of her father has affected them a lot. My oldest daughter is currently undergoing psychological and psychiatric treatment to help her with the absence of her father.
















**As my life partner:**

Describe Jorge Luis? He has been my boyfriend tenderly for more than 20 years. I say boyfriend because he has never ceased to be, always looking for a way to refresh our feelings; this being one of his priorities in our relationship, he is unable to offend our union, failing our relationship. Being a man in one piece, there is nothing I can reproach him as my couple. Without a doubt, God gave me the Blessing of having him in my life. I had never met a man with so many qualities. He cares about falling in love with me every day. The kindness that is in him is overwhelming, always taking care of me, always observing the things that make me happy, and then finding a way to make me even happier... He has made me feel that I am special and lucky among all Women. Fill me with love and infinity of details has been his task in all these years together, but above all to flood me with respect and consideration, always being my protector. HOW NOT TO LOVE HIM??



**As person:**

He leaves indelible marks on the people who get to know him, gaining their respect and affection in this way, the Kindness that characterizes him is infinite, always cheerful, he does social work anonymously, seeing others happy without expecting anything in return. That is something that fills him infinitely. He is always there for his friends, family, or a known person who needs him. During this pandemic, his immediate actions managed to save the lives of friends who, no matter where they were, he was looking for ways to help them with cylinders of oxygen, medicines, nurses; without these actions and measures, undoubtedly those lives would have been lost. Jorge has a very noble heart and is responsibly detached from material things. Where we live, there is a place called "La Aldea De Los Pescadores" it is a sector with little purchasing power; he anonymously contributes for food. He also provided the Maria Auxiliadora Church with 3 central air conditioning units; on the other hand, he provided a school with a library and an air-conditioned Café, where the children have breakfast and lunch, and as these actions are more. He is always giving his hands full.

He is a super positive person, compassionate, kind, accommodating, patient, dedicated, committed, loving, hardworking, noble, good father, good friend, good son, good partner, and endless other qualities. He is the light of our home. He is loved and respected by all who know him.

Jorge is a human with errors and virtues. He is completely sorry from the heart. The fact of being separated from his loved ones and from what he loves most has been devastating. Seeing how he lost everything he fought and worked for has left him a great lesson. He is very aware that he is close to turning 60, and the time he has left, he must take care of it like a treasure. He tells me that the steps he will take and the decisions he will make in the future will always be correct and adhere to the Law and the right, as it always should have been. He will not make any more mistakes. He is aware that he has lost valuable time with his daughters, with me and his mom, time that can never be recovered. He tirelessly asks God that you be benevolent and give him the opportunity that he yearns for so much, his precious Freedom.

Excellency Judge Huck

To conclude, I would like to take this invaluable opportunity to thank you for the time you dedicated to reading this letter. I beg you to take into account what I am presenting here before deciding on your sentence. I implore you to have mercy on Jorge Luis. I beg you for a chance. He is aware of his mistakes and is heartily sorry for all of them.
I tirelessly pray to God to always be with him to help him and guide him when making his decision.

Atte: Durmelys Moy

Monday, March 28, 2022

Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 13-2 Miami, Florida 33128


Dear Judge Huck:


Hello Sir. Paul Huck, as you can see from the text on the top I am the youngest child and I am only 10 years old, my full name is Georgia Moserrat Nobrega Moy and I am known as Georgia Nobrega, And a reason I need my dad is because he is my family and I know he needs me and I do too, I miss him a lot because usually when we call and talks to me I have no idea what to say because I miss him a lot and my mom and other family members and his friends do too. I also know my mom is traying her hardest to get him back home and she really loves him and that's why my mom and my dad are trying everything to get back on the road. To me my dad is like a spot light that brightens up the room as he walks past by, he looks like pure gold and his pockets full of chocolate with a bright smile sharing and helping us he is a real gentleman when helping others and being grateful also he reads me bedtime stories and tickles me too much but I enjoy him being around being himself, he helps us afford stuff and have us in order and he gives us stuff that many kids around the world cannot have and I hope the best for him to be back as soon as possible.



Sincerely,

Georgia Moserrat Nobrega Moy

Fecha: Enero 17, del 2022

El Honorable Juez Principal Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami , Florida 33128

Estimado Juez Huck:

Mi nombre es Hector Arturo Borges Lugo. Conozco a Jorge Nobrega desde hace mas de 45 años, y nos conocimos en la escuela secundaria, En Pto. Piritu, Estado Anzoategui, Venezuela.
Jorge y yo somos completamente conscientes de la gravedad de la situacion en la que el se encuentra, sin embargo me gutaria dar al tribunal una perspectiva sobre el tipo de persona que es Jorge Nobrega.

Desde que conozco a Jorge, ha sido una persona muy dedicada a su familia, leal a ellos y a sus amistades. Jorge siempre demostro fidelidad y la volundad de cooperar en cualquier situacion donde se le requiriese su ayuda.
Recuerdo cuando estudiabamos juntos en la secundaria, a menudo yo no podia ir a mi casa los fines de semana por encontrarse esta lejos de de la escuela. Pues Jorge por iniciativa propia y con la aprobacion de sus padres, me presentaron la oportunidad de alojamiento, remodelando su habitacion para acomodarme alli y asi poder quedarme con ellos los fines de semana. Para mi eso fue muy especial y realmente me hicieron sentir como de la misma familia, dandome desde muy temprano en nuestras vidas a conocer la bondad y pexcepcional personalidad de Jorge. Asi de generoso ha sido Jorge desde que lo conozco... Jorge es de las personas que preferiria quedarse sin comer por ofrecer su plato de comida a alguien mas...

Jorge ha sido constantemente un miembro importante de su comunidad en Venezuela. Miembro de fundaciones cuyos fondos van al mantenimiento de familias desposeidas y a niños de muy bajos recursos. Logrando la rehabilitacion de escuelas y parques deportivos los cuales benefician a la comunidad en la cual Jorge nació. De la misma manera Jorge ha demostrado ser un padre ejemplar, un hermano incondicional y hijo excepcional.

Jorge aun cuando ha estado ocupado con su trabajo, nunca ha dejado de attender a sus hijos ni a sus padres, a quienes en los momentos de urgencia siempre atendio con diligencia y sin limitaciones.

Se que Jorge esta consciente de sus errores y dispuesto a aprender de los mismos para no volver a cometerlos y asi poder seguir adelente con su vida junto a su familia y seres queridos. Asi que su honorable señoría, agradezco el tiempo que se haya tomado para leer esta carta y pueda comprender mejor quien es Jorge nobrega, aparte de ya conocerle por lo que ya todos sabemos. Agradecemos todos su humilde consideracion y que a la hora de dictar sentencia a nuestro querido amigo Jorge, usted sea con el lo mas generoso possible.
Que Dios le bediga Sr. Honorable Juez Paul C. Huck.

Sinceramente

Hector Arturo, Borges

Honorable Judge Paul C. Huck

United States Courthouse,
400 North Miami Avenue,
Room 13-2
Miami, Florida 33128

Dear Judge Huck:

My name is Hector Arturo Borges Lugo. I have known Jorge Nobrega for more than 45 years, and we met in high school, in Pto. Piritu, Anzoategui State, Venezuela.

Jorge and I are fully aware of the seriousness of the situation he finds himself in, though; I would like to give the court some perspective on the type of person Jorge Nobrega is.

Since I have known Jorge; he has been a dedicated person to his family, loyal to them and his friends. Jorge always demonstrated fidelity and the willingness to cooperate in any situation where his help was required.

I remember when we studied together in high school, I often couldn't go home on weekends because it was so far from school. Jorge on his initiative and with the approval of his parents, allowed me to stay in his house, remodeling his room to accommodate me there and thus be able to stay with them on weekends. For me, that was special and, they made me feel like part of their family, letting me know from a very young age the kindness and exceptional personality of Jorge. That's how generous Jorge has been since I've known him... Jorge is one of those people who would prefer to go without eating to offer his plate of food to someone else...

Jorge has consistently been a crucial member of his community in Venezuela. Member of foundations whose funds go to the maintenance of dispossessed families and very low-income children. Achieving the recovery of schools and sports parks which benefit the community in which Jorge was born. In the same way, Jorge has proven to be an exemplary father, an unconditional brother, and an exceptional son.

Even when Jorge has been busy with his work, he has never stopped caring for his children or parents, whom he always attended to with diligence and without limitations in times of emergency.

I know that Jorge is aware of his mistakes and willing to learn from them so as not to make them again and thus be able to move on with his life with his family and loved ones. So, Honorable Judge, I appreciate the time you have taken to read this letter so that you can better understand who Jorge Nobrega is, apart from already knowing him from what we all already know. We all appreciate your humble consideration and that when passing a verdict on our dear friend Jorge, you are as generous as possible.

God bless you, Honorable Judge Paul C. Huck.

Sincerely,

Hector Arturo, Borges

LECHERIA VENEZUELA :25 DE ABRIL 20228

HONORABLE JUEZ PRINCIPAL PAUL C. HUCK

WILKIE D. FERGUSON JR. UNITED STATES COURTHOUSE

400 NORTH MIAMI AVENUE

ROOM 13-2

MIAMI FLORIDA 33128


ESTIMADO JUEZ HUCK:

SOY EL DR JOSE EDUARDO GOMEZ FLORES, DE 56 AÑOS DE EDAD, CON NUMERO DE CEDULA VENEZOLANO NUMERO: 8.217.203, SOY  MEDICO ESPECIALISTA EN TRAUMATOLOGIA Y ORTOPEDIA DESDE EL AÑO 2003,  Y MANTENGO UNA RELACIÓN DE AMISTAD, RESPETO, CORDIALIDAD CON MI AMIGO EL SEÑOR  JORGE LUIS NOBREGA RODRIGUEZ DESDE QUE ESTUDIAMOS BACHILLERATO (SECUNDARIA)  EXACTAMENTE DESDE EL AÑO 1976, Y A LA FECHA ACTUAL MANTENGO BUENA RELACIÓN CON EL Y SU AMADA FAMILIA.

EL MOTIVO DE ESTA CARTA ES PARA CERTIFICAR QUE JORGE LUIS NOBREGA RODRIGUEZ ES UN CIUDADANO CON UNAS CUALIDADES EXCELENTES COMO PERSONA, CON UNAS CARACTERISTICAS HUMANISTAS Y PRESTO A SERVIR DE MANERA  INCONDICIONAL A QUIEN  PUDIERA NECESITAR DE SU APOYO.

EN MI PARTICULAR, DOY FE DE  MUCHAS ANECDOTAS EN LOS CUALES A AYUDADO A AMIGOS EN PROCESOS DE ENFERMEDADES QUE EN ALGUN MOMENTO NESECITABAN DE MEDICAMENTOS LOS CUALES NO SE CONSEGUIAN EN NUESTRO PAIS, Y EL SE ENCARGABA DE UBICARLOS, CONSEGUIRLOS Y DONARLOS SIN RECIBIR NADA A CAMBIO, ASI COMO APOYO ECONOMICO, LABORAL ETC..8

 UNO DE ESOS CASOS SOY YO, QUIEN PADEZCO DE UNA PATOLOGIA PROSTATICA DENOMINADA HIPERPLASIA PROSTATICA BENIGNA, Y QUE HACE ALGUNOS AÑOS NO  CONSEGUIA EN VENEZUELA MI TRATAMIENTO DENOMINADO ( TAMSULOSINA) Y JORGE LUIS ME LAS UBICO EN USA, Y  ME LAS HIZO LLEGAR Y ME LAS OBSEQUIO.

 ASI COMO ESE CASO MIO EL HA  AYUDADO A MUCHAS PERSONAS AMS, SIN RECIBIR NADA A CAMBIO QUE TAN SOLO LA SATISFACCIÓN DEL HABER AYUDADO.

ES UNA PERSONA DE UN GRAN ESPIRITU DE COLABORACIÓN Y SERVICIO A LA COMUINDAD, ASI COMO A LA IGLESIA, ADEMAS QUE MANTIENE UN LAZO DE INTEGRIDAD  Y ARMONIA CON SU HERMOSA FAMILIA, SU ESPOSA Y SUS DOS BELLAS NIÑAS QUIENES EN ESTOS MOMENTOS SE VEN AFECTADAS TAMBIEN POR LO QUE ESTA SUCEDIENDO CON SU PADRE.

EN LA ACTUALIDAD JORGE SIENTE Y ENTIENDE QUE LO QUE ESTA SUCEDIENDO LE AFECTA COMO PERSONA Y DA MUESTRAS DE UN PROFUNDO REMORDIMIENTO POR LO QUE HAYA REALIZADO Y COMPRENDE LO QUE ESTA PADECIENDO POR SUS ACCIONES DEL CASO.

POR LO ANTES EXPUESTO Y POR  MUCHAS COSAS MAS DE LAS CUALES HABLAN DE LO EXCELENTE PERSONA QUE ES JORGE LUIS NOBREGA RODRIGUEZ, LE PIDO SR JUEZ CLEMENCIA PARA MI AMIGO Y HERMANO, AGRADECIENDO DE ANTEMANO QUE PUEDA TOMAR ALGO DE SU VALIOSO TIEMPO PARA LEER MI CASO PERSONAL CON JORGE LUIS NOBREGA RODRIGUEZ.

SINCERAMENTE:

DR JOSE EDUARDO GÓMEZ FLORES

LECHERIA VENEZUELA

APRIL 25th, 2022


HONORABLE JUDGE PAUL C. HUCK

WILKIE D. FERGUSON JR. UNITED STATES COURTHOUSE

400 NORTH MIAMI AVENUE,

ROOM 13-2

MIAMI, FLORIDA 33128


DEAR JUDGE HUCK:

I AM DR JOSE EDUARDO GOMEZ FLORES, 56 YEARS OLD, WITH VENEZUELAN ID NUMBER: 8.217.203, I AM A SPECIALIST IN TRAUMATOLOGY AND ORTHOPEDICS SINCE 2003, AND I HAVE A RELATIONSHIP OF FRIENDSHIP, RESPECT, CORDIALITY WITH MY FRIEND MR. JORGE LUIS NOBREGA RODRIGUEZ SINCE WE STUDIED HIGH SCHOOL (SECONDARY) EXACTLY SINCE 1976, AND TO THE PRESENT DATE, I HAVE A GOOD RELATIONSHIP WITH HIM AND HIS BELOVED FAMILY.

THE REASON FOR THIS LETTER IS TO CERTIFY THAT JORGE LUIS NOBREGA RODRIGUEZ IS A CITIZEN WITH EXCELLENT QUALITIES AS A PERSON, WITH HUMANISTIC CHARACTERISTICS AND WILLING TO SERVE UNCONDITIONALLY ANYONE WHO MAY NEED HIS SUPPORT.

IN MY PARTICULAR, I WITNESS MANY ANECDOTES IN WHICH HE HELPED FRIENDS IN ILLNESS PROCESSES WHO AT ANY TIME NEEDED MEDICINES THAT WERE NOT AVAILABLE IN OUR COUNTRY, AND HE WAS IN CHARGE OF LOCATING THEM, GETTING THEM, AND DONATING THEM WITHOUT RECEIVING ANYTHING IN RETURN, AS WELL AS ECONOMIC SUPPORT, LABOR, ETC…

I AM ONE OF THOSE CASES, WHO SUFFERS FROM A PROSTATIC PATHOLOGY CALLED BENIGN PROSTATIC HYPERPLASIA, AND SOME YEARS AGO, I COULD NOT GET MY TREATMENT CALLED TAMSULOSIN IN VENEZUELA, AND JORGE LUIS LOCATED THEM IN THE USA AND SENT THEM TO ME AND GAVE THEM TO ME.

JUST LIKE IT HAPPENED IN MY CASE, HE HAS HELPED MANY MORE PEOPLE, WITHOUT RECEIVING ANYTHING IN RETURN THAN JUST THE SATISFACTION OF HAVING HELPED.

HE IS A PERSON WITH A GREAT SPIRIT OF COLLABORATION AND SERVICE TO THE COMMUNITY AS WELL AS TO THE CHURCH. ALSO HE MAINTAINS A BOND OF INTEGRITY AND HARMONY WITH HIS BEAUTIFUL FAMILY, HIS WIFE, AND HIS TWO BEAUTIFUL GIRLS, WHO ARE ALSO AFFECTED AT THE MOMENT BECAUSE OF WHAT IS HAPPENING WITH HIS FATHER.

CURRENTLY, JORGE FEELS AND UNDERSTANDS THAT, WHAT IS HAPPENING AFFECTS HIM AS A PERSON AND SHOWS DEEP REGRET FOR WHAT HE HAS DONE, AND HE UNDERSTANDS WHAT HE IS SUFFERING DUE TO HIS ACTIONS IN THE CASE.

FOR THE AFOREMENTIONED THINGS, AND FOR MANY MORE THINGS OF WHICH THEY TALK ABOUT WHAT AN EXCELLENT PERSON JORGE LUIS NOBREGA RODRIGUEZ IS, I ASK THE JUDGE FOR CLEMENCE FOR MY FRIEND AND BROTHER. THANKING YOU IN ADVANCE FOR TAKING SOME OF YOUR VALUABLE TIME TO READ MY CASE WITH JORGE LUIS NOBREGA RODRIGUEZ.


SINCERELY,

DR JOSE EDUARDO GÓMEZ FLORES.

Lunes, 21 de marzo de 2022

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 13-2 Miami, Florida 33128

Estimado Juez Huck:

Mi nombre es Elisabet Michell. Conocí al Sr. Jorge Nobrega en el año 2007, cuando él y su esposa solicitaron mis servicios como tutor a domicilio para su pequeña hija de 3 años en ese entonces. Su trato amable, respetuoso y cordial han sido una constante desde que lo conocí hasta el presente.

Escribo esta carta para ofrecer mi experiencia conociendo a el Sr. Jorge y su familia. En mi opinión sus cualidades más sobresalientes son la empatía y la generosidad. Dichas cualidades las pude observar en principio en el trato hacia su hija y posteriormente a todo su entorno, incluyéndome.

- Desde el primer día de escuela de su pequeña hija se podía notar claramente esa empatía. Es el tipo de papá que estuvo dispuesto a irse en el transporte escolar para dar el apoyo emocional a esa pequeña que no quería irse al colegio en su primer día de clases. El mismo esmero y cariño de igual forma lo vi con su segunda hija.
- Es el papá que está presente en cada evento escolar, es el papá que se preocupa por el contenido de las loncheras de sus hijas, es el papá que ofrece un trato digno y cordial a cada uno de los profesores de sus hijas, es el papá que se acercaba a cada una de mis clases para preguntarme cómo estaba y cómo podría brindarme apoyo con las clases de sus hijas; es el papá que espera puntualmente el transporte para recibir a sus hijas de forma muy cariñosa. No puedo imaginarme lo difícil que ha de ser para esas niñas estar sin su padre.
- En relación a su nivel de generosidad unas cuantas líneas no podrán expresar lo extensa que ha sido la misma hacia mi persona y muchas otras. Expresiones como: "¿Ya almorzaste profe?" "¿Cómo sigue tu mamá?" y no solo por simple cortesía, sino que con hechos y acciones en todos y cada uno de estos años, el Sr. Jorge junto a su familia me han brindado su apoyo, tiempo, ayuda económica cuando la he necesitado, por citar un ejemplo, cuando falleció de forma súbita mi hermano no dudaron en brindarme todo su apoyo.
- La generosidad del Sr. Jorge está muy en conexión a esa empatía, ese sentimiento de ponerse en el lugar de otros, percibir su necesidad sin la persona expresar una palabra. En estos años trabajando con sus hijas, he podido observar ese trato dispensado desde el jardinero del condominio, los vigilantes y sus vecinos hasta los gatos del condominio que también los cuida. Estas cualidades aunadas a su buen sentido del humor, han influido de forma positiva en mi persona y en los demás profesores y la comunidad en general.

Agradezco el tiempo dedicado a leer esta carta y espero le ayude a comprender la clase de ser humano que es el Sr. Jorge Nobrega.

Sinceramente,

Elisabet Michell

Monday, March 21st, 2022

Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 13-2 Miami, Florida 33128

Dear Judge Huck:

My name is Elisabeth Michell. I met Mr. Jorge Nobrega in 2007 when he and his wife requested my services as a home tutor for his little daughter who was three (3) years old at that time. His kind, respectful and cordial treatment has been a constant since I met him until the present.

I write this letter to offer my experience knowing Mr. Jorge and his family. In my opinion, his most outstanding qualities are empathy and generosity. I was able to observe these qualities at first in the treatment of his daughter and later in his entire environment, including me.

- From her little daughter's first day of school, that empathy was noticeable. He is the kind of dad who was willing to go on the school bus to give emotional support to that little girl who didn't want to go to school on her first school day. I saw the same care and affection in the same way with her second daughter.
- He is the father who is present at every school event. He is the father who cares about the contents of his daughters' lunch boxes. He is the father who offers dignified and cordial treatment to his daughters' teachers. He is the dad who came to each of my classes to ask me how I was doing and how he could support me with his daughters' classes; He is the father who punctually waits for the transport to receive his daughters in a very affectionate way. I can't imagine how difficult it must be for those girls to be without their father.
- Concerning his level of generosity, a few lines will not be able to express how extensive it has been towards me and many others. Expressions like: "Have you had lunch yet, teacher?" "How's your mom doing?" and not only out of simple courtesy, but with facts

and actions in each and every one of these years, Mr. Jorge along with his family have given me their support, time, financial help when I have needed it, to cite an example, when my brother passed away suddenly, they did not hesitate to give me all their support.

- Mr. Jorge's generosity is closely related to that empathy, that feeling of putting oneself in the place of others, perceiving their need without the person expressing a word. During these years working with his daughters, I have been able to observe the treatment dispensed from the gardener of the condominium, the security guards, and their neighbors to the cats of the condominium that also cares for them. These qualities together, with his good sense of humor, have had a positive influence on me and the other teachers and the community in general.

I appreciate the time spent reading this letter, and I hope it helps you understand the kind of human that Mr. Jorge Nobrega is.

Sincerely,

Elisabet Michell

4/3/2022


El Honorable Juez Principal Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Estimado Juez Huck:

Mi nombre es Esteban Millán, soy Ingeniero Electricista y trabajo para el Sr. Jorge desde hace 8 años
o más. Jorge y yo sabemos la gravedad de la situación, pero, si me permite puedo darle mi opinión
referente al tipo de persona que es Jorge.

Jorge ha sido para mi una excelente persona, un gran amigo y un buen jefe. Gracias a su apoyo he
podido seguir realizándome como  profesional y como ser humano, cada vez que he necesitado un
consejo Jorge ha estado ahí para orientarme, siempre me ha mostrado su amistad con total y
absoluta transparencia y sin esperar nada a cambio, ha sido leal en momentos difíciles en mi vida y
en la de mi familia pudiendo ayudarme a resolverlos en todas las ocasiones, en una oportunidad me
ayudó con la operación de mi padre, en otra ocasión me ayudó a la adquisición de mi vivienda
demostrando una vez más lo bondadoso que es, su dedicación como padre es extremadamente
notoria, siempre está pendiente de cada uno de los miembros de su familia, Jorge es una persona
amorosa y comprensiva con su esposa. Jorge es muy apreciado en su lugar de residencia es una
persona colaboradora y siempre está dispuesta en apoyar en lo que sea necesario para llevar a cabo
el bienestar de la comunidad. Las veces que he hablado con Jorge después de su detención Jorge ha
mostrado una gran comprensión de sus acciones y muestra un gran remordimiento. Jorge ha hecho
todo la posible para ser más consciente de sí mismo y aprender de sus errores.

Agradezco infinitamente que se haya tomado un tiempo para leer esta carta, que haya podido
observar a través de mi opinión  el tipo de persona que es Jorge y deseo sinceramente que esta
carta sea tomada en consideración al momento de dictar una sentencia y tenga piedad con Jorge


Sinceramente,
Esteban Millán

March 4th, 2022


Honorable Judge Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Dear Judge Huck:


My name is Esteban Millán, I am an Electrical Engineer, and I worked for Mr. Jorge for eight (8) years or more. Jorge and I know the seriousness of the situation, but if you allow me, I can give you my opinion regarding the type of person Jorge is.


Jorge has been an excellent person for me, a great friend, and a good boss. Thanks to his support, I have been able to continue to fulfill myself as a professional and person. Whenever I have needed advice, Jorge has been there to guide me, he has always shown me his friendship with total and absolute transparency and without expecting anything in return. He has been loyal in difficult moments in my life and the life of my family, being able to help me resolve them always. On one occasion, he helped me with my father's operation. On another occasion, he helped me acquire my home demonstrating again how kind Jorge is, his dedication as a father is extremely noticeable. He is always aware of each of the members of his family. Jorge is a loving and understanding person with his wife. Jorge is highly appreciated in his place of residence; he is a collaborative person and is always willing to support whatever is necessary to carry out the well-being of the community. The times I have spoken with Jorge after his arrest, Jorge has shown great understanding of his actions and manifests remorse. Jorge has done everything he can to become more self-aware and learn from his mistakes.


I am infinitely grateful that you have taken the time to read this letter, that you have been able to observe through my opinion the type of person that Jorge is. I sincerely hope that this letter is taken into account at the time of sentencing and have mercy on Jorge.



Sincerely,

Esteban Millan

[01/12/2022]

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

Room 13-2

Miami, Florida 33128


Estimado Juez Huck


Mi nombre es Fernando Enrique Laurency Pondal, venezolano de profesión Ingeniero mecánico, actualmente trabajo con Jorge Luis Nobrega como Ingeniero de la empresa Achabal Tenologi. Conozco a Jorge desde el año 1977, cuando ingresamos al Liceo militar José Antonio Anzoátegui. Después de cinco años Jorge se fue para USA, a estudiar y luego de los años, nos reencontramos nuevamente y me ofreció trabajar con el, en su empresa manejamos un gran número de proyectos en Venezuela y el Salvador. Se dé la grave situación que enfrenta con la justicia de USA, la cual estoy seguro, no fue evaluada por Jorge correctamente.

En esta ocasión me dirijoa ud, a fin de solicitar su indulgencia, en el caso de Jorge Luis Nobrega, porque el es un padre preocupado, por sus 4 hijos Armando, Marco, Leia y Georgia, Además de ser mi amigo es como un hermano, que siempre ha estado dispuesto a escuchar mis problemas y mis preocupaciones. Jorge es una persona muy lista, de soluciones ingeniosas a problemas de trabajo con mucha facilidad.

Jorge estuvo, para mi y mis hijos cuando estuve en un periodo de divorcio

Jorge consiguió el tratamiento completo, para la hija de una compañera, que fue agredieda por unos asaltantes

Jorge pago de su peculio, toda la pintura, para pintar todo el liceo del cual nos habíamos graduado. Y me encargue personalmente de llevarla al lugar y constatar que se usara para ello

Jorge se ha preocupado que todos sus hijos hablen los dos idiomas (ingles y español) a fin de que esto en algún momento les pueda ayudar en un futuro

A pesar de tener una posición económica solvente, Jorge nunca ha dejado de ser súper atento conmigo y mis hijos. No he sentido jamás ningún tipo de rechazo por parte de el y su familia, sus dos hijas han sido educadas de una manera espectacular siendo tan cariñosas como su padre

Donde Jorge vive, es conocido por su gran colaboración con todo lo referente al mantenimiento de las instalaciones y es muy estimado por esto. Además de ser un vecino muy considerado en su forma de habitar al no molestar a los demás

Veo con mucho agrado ver como Jorge hace sus rutinas de ciclismo con su esposa y otros amigos, en distancias considerables para nuestra edad, es un gran deportista y trata de que sus hijos sean iguales

Se que Jorge está seriamente arrepentido de esa equivocación, que ocasiona la sanción de USA. Todo el tiempo que ha pasado lejos de su familia y seres querido para el ha de ser lo peor del mundo. La lección que ha de aprender de toda esta situación estoy seguro que a quedado fuertemente grabadas en su mente

Son muchísimas anécdotas con Jorge Luis pero en esta breve carta espero que se entienda, que Jorge no es una persona mala, si no que talvez por una mala decisión él ha sido sometido a prisión, el escarnio público y un pesar en toda su familia que se ven envueltos en toda esta situación

Jorge no confía a cualquiera la educación de sus hijas, mi persona fue privilegiada de explicarle matemática a su hija menor, y fue una experiencia maravillosa por descubrir lo avanzada que se encontraba para su edad y la excelente educación que le habían brindado en su casa. Jorge es una persona, que, a pesar de sus múltiples ocupaciones, siempre tiene tiempo para atender los deberes escolares de sus hijas, y cuando no sabía buscaba como o a quien supiera para poder ayudarles a sus hijas

Por iniciativa de Jorge, el aeropuerto Internacional José Antonio Anzoátegui goza hoy de suministro de agua, ya que fue él y su empresa los que ejecutaron la adición de agua para el aeropuerto. El financio la reconstrucción completa de la piscina para niños de la base aérea. Además, reconstruyo las áreas recreacionales y las dejo completamente operativas y esto sin fines lucrativos para el

Varios de nuestros compañeros del liceo militar han fallecido.  Jorge ha sido de gran apoyo para sus familias y me consta, porque cuando mi suegra murió el estuvo atento y hasta su esposa cumplió con vernos en ese momento


En esta ocasión Honorable Juez Principal Paul C. Huck, le pido sea indulgente en su decisión, se que no es fácil, pero quiero que tenga en cuenta que Jorge es una persona trabajadora que probablemente tomo una acción equivocada y con lo pasado hasta el momento tendrá que cargar con ello y toda su familia toda la vida. En mi país nadie además de su familia y sus amigos se ha preocupado por el, el gobierno en ningún momento lo ha reconocido como algún colaborador hacia ellos. Sabemos que la rectitud de los tribunales de USA y estamos confiados en que serán justos y permitirán que un padre, un amigo y una buena persona se encuentre con sus seres queridos

January 12th, 2022.


Honorable Judge Paul C. Huck

Wilkie D. Ferguson Jr. United States Courthouse

Room 13-2

Miami, Florida 33128


Dear Judge Huck


My name is Fernando Enrique Laurency Pondal, a Venezuelan mechanical engineer by profession. I currently work with Jorge Luis Nobrega as an engineer for Achabal Technology Inc. I have known Jorge since 1977 when we entered the José Antonio Anzoátegui Military High School. After five years Jorge went to the USA to study and, as the years passed, we met again and, he offered me to work with him. In his company, we manage a large number of projects in Venezuela and El Salvador. I know of the serious situation that he faces with the US justice system, which I am sure was not correctly evaluated by Jorge.

On this occasion, I am writing to you to request your indulgence in the case of Jorge Luis Nobrega, because he is a concerned father for his four children Armando, Marco, Leia, and Georgia. Besides being my friend, he is like a brother; he has always been willing to listen to my problems and concerns. Jorge is intelligent, with ingenious solutions to solve work problems easily.

Jorge was there for me and my children when I was getting divorced.

Jorge got the full treatment for the daughter of a colleague, who was attacked by assailants.

Jorge paid out of his pocket, all the painting, to paint the entire high school from which we had graduated. And I took care of taking it to the place and verifying that it was used for it.

Jorge has made sure that all his children speak both languages (English and Spanish) because this can help them in the future.

Despite having a solvent economic position, Jorge has never stopped being super attentive with me and my children. I have never felt rejection from him and his family; his two daughters have been educated spectacularly, being as affectionate as their father.

Where Jorge lives, he is known for his great collaboration with everything related to the maintenance of the facilities and is highly esteemed for this. He is also a very considerate neighbor in his way of living by not disturbing others.

I am pleased to see how Jorge does the cycling routines with his wife and other friends of his, of considerable distances for our age, he is a great athlete and tries to make his children equal in that.

I know that Jorge is seriously sorry for that mistake, which causes the sanction of the USA. All the time he has spent away from his family and loved ones, for him, it must be the worst thing in the world. The lesson that he learned from this whole situation, I am sure has been strongly engraved in his mind.

There are many anecdotes with Jorge Luis but, in this short letter, I hope you have understood, that Jorge is not a bad person, but perhaps because of a bad decision he has been subjected to prison, to public ridicule, and a feeling of sorrow in all his family that they are involved in this whole situation.

Jorge does not trust his daughters' education to anyone. I was privileged to explain mathematics to his youngest daughter and; it was a wonderful experience to discover how advanced she was for her age and the excellent education they had given her at home. Jorge is a person who, despite his multiple occupations, always has time to attend to his daughters' homework, and when he didn't know, he looked for how or someone he knew to help his daughters.

At Jorge's initiative, the José Antonio Anzoátegui International Airport today enjoys a water supply since he and his company executed the addition of water for the airport. He financed the complete reconstruction of the air base's children's pool. In addition, he rebuilt the recreational areas and left them fully operational and, this was non-profit for him.

Several of our comrades from the military high school have passed away. Jorge has been of great support to his family and, I know because when my mother-in-law died, he was attentive and, even his wife complied with seeing us at that time.

On this occasion, Honorable Senior Judge Paul C. Huck, I ask you to be lenient in your decision. I know it is not easy but, I want you to keep in mind that Jorge is a hard-working person who probably took the wrong action and, with what has happened so far, he and his whole family will have to carry it for the rest of their lives. In my country, no one besides his family and friends has cared about him; the government has never recognized him as a collaborator. We know the fairness of the US courts and, we are confident that they will be fair and allow a parent, a friend, and a person to meet their loved ones.

Lechería 11 de Abril del 2022 Anzoátegui Venezuela

EL honorable Juez principal Paul C.   Huck Wilkie D. Ferguson Jr.

United Stator Court House

400 North Miami Avenut

Room 13-2

Miami, Florida 33128.


   Estimado y distinguido juez Huck mi nombre es Jesús Alberto Guevara, de 61 años de edad, venezolano casado con tres hijos, de profesión cirujano plástico; y quiero a través de este conducto hacer constar que conozco al ciudadano Jorge Luis Nobrega  a partir del año 2001, en ocasión de realizarle una intervención quirúrgica a su esposa (Durmelys Moy de Nobrega). A partir de esa situación hemos construido una sincera y desinteresada amistad, lo cual no ha sido problema en vista de la calidad humana u moral de la goza  Jorge Luis.

   Él es una persona que siempre esta presta para ayudar q quien lo necesita; y la ayuda que da la ejerce desinteresadamente. Además tiene una solvencia moral probada podría señor juez seguir mencionando tantas y innumerables cualidades de ese gran y querido amigo más siendo insuficiente este espacio en concreto excelentísimo juez Huck  mi intención al dirigirme a usted es pedirle de la manera más humilde y sincera que a la hora de dictar sentencia en el caso que compete a Jorge Luis Nobrega sea lo más magnánimo posible, dentro del narco de la justicia que usted honorablemente representa.

   De ante mano y agradeciendo de todo corazón el tiempo que dedique para leer esta misiva mis más sentida gracias y en Dios confiamos y en un usted también.

 ¡Dios lo bendiga ¡


                              Jesús Alberto Guevara

Lechería, Anzoátegui, Venezuela.

April 11th, 2022

Honorable Judge Paul C. Huck,

Wilkie D. Ferguson Jr. United States Court House

400 North Miami Avenue

Room 13-2

Miami, Florida 33128.

Dear and distinguished Judge Huck, my name is Jesús Alberto Guevara. I am 61 years old, a married Venezuelan citizen with three children, a plastic surgeon by profession; and I want through this means to state that I have known the citizen Jorge Luis Nobrega from 2001, on the occasion of performing a surgical intervention on his wife (Durmelys Moy de Nobrega). From this situation, we have built a sincere and disinterested friendship, which has not been a problem because of the human or moral quality of Jorge Luis.

He is a person who is always ready to help those who need it; and the help he gives is exercised selflessly. In addition, he has proven moral solvency. Mr. Judge, I could continue mentioning so many and innumerable qualities of that great and dear friend, but this space in particular is insufficient. Your Excellency Judge Huck, my intention in addressing you is to ask you in the most humble and sincere way that, at the time of passing sentence in the case that concerns Jorge Luis Nobrega be as magnanimous as possible within the framework of justice that you honorably represent.

In advance and wholeheartedly thank you for the time you take to read this letter my heartfelt thanks, and we trust in God and you too.

God bless you

Sincerely,

Jesús Alberto Guevara





## ANZOÁTEGUI- VENEZUELA.

**Barcelona, 10 de Diciembre de 2021.**

Sr Jorge Luis Nobregas Rodríguez.

Me dirijo a usted en nombre del equipo regional de la fundación Arturo Uslar Pietri y su programa social "Casas del lápiz" del estado Anzoátegui.

Tenemos el placer de dirigirnos a usted con el propósito de manifestar nuestro más sincero agradecimiento por la colaboración y la ayuda que ha hecho a lo largo de este tiempo en el programa de crear emprendedores en las comunidades más necesitadas de nuestro estado.

Actualmente contamos con un gran numero de emprendedores gracias a su gran corazón.

Sabiendo que usted es un gran hombre, nos despedimos agradeciendo nuevamente Por su apoyo y colaboración.

**Manuel Martínez.**

Representante  de la fundación Arturo Uslar Pietri

Anzoátegui - Venezuela.

Tlf. 0414-087-44-52.

Correo: mmanuelmmartinez@gmail.com.

                                           

**ANZOÁTEGUI- VENEZUELA.**

**Barcelona, December 10, 2021.**

Mr. Jorge Luis Nobregas Rodríguez.

I am writing to you on behalf of the regional team of the Arturo Uslar Pietri Foundation and its social program "Casas del pencil" in Anzoátegui state.

We have the pleasure of writing to you with the purpose of expressing our most sincere gratitude for the collaboration and help you have provided throughout this time in the program to create entrepreneurs in the neediest communities of our state.

Currently, we have a large number of entrepreneurs thanks, to your big hearts.

Knowing that you are a great man, we say goodbye, thanking you again for your support and collaboration.

**Manuel Martínez.**

Representative of the Arturo Uslar Pietri Foundation

Anzoátegui - Venezuela.

Phone. 0414-087-44-52.

E-mail: mmanuelmmartinez@gmail.com.

Lecheria, 03 de Marzo de 2022

**El Honorable Juez Principal Paul C. Huck**

Wilkie D. Fergunson Jr. United State Courthouse

400 North Miami Aveneu

Room 13-2

Miami, Florida 33128

Estimado Juez Huck.:

Conozco a Jorge Luis Nobrega desde hace mas de 25 años, fue en un pueblo llamado Cantaura, Estado Anzoategui, Venezuela, de donde es originario, estamos conscientes de la gravedad  de la situación, sin embargo me gustaría dar al tribunal una perspectiva sobre el tipo de persona que es Jorge.

Jorge y yo somos compadres(yo, soy padrino de su hija Leia) hemos compartido en familia muy buenos momentos, algo que Jorge siempre a destacado, es su amor por la familia. Otra característica que destaca en su comportamiento, es , el apoyo incondicional a sus conocidos, empleados y a la Iglesia dentro de su comunidad.

He podido conversar con Jorge Luis y, he notado en el, la comprensión de los actos que ha cometido, y puedo certificar que hay un gran remordimiento.  Seguro, ha aprendido de sus errores y tendrá la oportunidad de redimirse. Estoy seguro, que Jorge(mi compadre) a aprendido la lección, lo conozco y le puedo asegurar que su tropiezo lo hara mejorar en lo adelante.

Estimado Juez, espero que pueda tomar en cuenta mi testimonio a la hora de una decisión, y la clemencia sea parte de su sentencia.

Le agradezco de antemano.


Atentamente,

Nehomar Jose Castro

Lecheria,
March 3rd, 2022

**Honorable Judge Paul C. Huck**

Wilkie D. Fergunson Jr. United States Courthouse

400 North Miami Aveneu,

Room 13-2

Miami, Florida

33128 Dear Judge

Huck:

I have known Jorge Luis Nobrega for more than 25 years, it was in a town called Cantaura, Anzoategui State, Venezuela, where he is from, we are aware of the seriousness of the situation, however I would like to give the court a perspective on the type of person who is Jorge.

Jorge and I are compadres (I am the godfather of his daughter Leia) we have shared very good moments with the family, Something that has always stood out in Jorge is his love for family. Another characteristic that stands out in his behavior is his unconditional support for his acquaintances, employees and the Church within his community.

I have been able to talk with Jorge Luis and, I have noticed in him, the understanding of the acts he has committed, and I can certify that there is great remorse. Surely, he has learned from his mistakes and will have a chance to redeem himself. I am sure that Jorge (my compadre) has learned his lesson, I know him and I can assure you that his stumble will make him improve in the future.

Dear Judge, I hope that you can take my testimony into account when making a decision, and that clemency be part of your sentence.

Thank you in
advance.


Sincerely,

Nehomar Jose Castro

11 de abril de 2022.

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United State Courthouse

400 North Miami Avenue

Room 13-2

Miami; Florida 33128

Estimado Juez Huck:


Mi nombre es Paulino José Millán Sabino, soy amigo y conozco de vista y trato al ciudadano Jorge Luis Nobrega desde el año 2014, nos conocimos por un amigo que tuvimos en común (Virgilio Raúl Márquez Morillo) durante una visita por mi parte a la ciudad de Barcelona estado Anzoátegui, Venezuela. Jorge y yo estamos muy claros de la gravedad de esta situación, sin embargo, me gustaría dar a este tribunal una idea sobre la buena persona y lo noble que es Jorge.

Jorge es el tipo de persona desinteresada y capaz de dar lo que tiene y lo que no, por el solo hecho de ayudar, es la persona más desinteresada y desprendida que conozco sobre la faz de la tierra, superando con creces a mi propia familia. He contado con él no solo económicamente que sería el caso más fácil en donde cualquier pudiese ayudar, sino en los problemas de carácter particular, familiares y más íntimos de mi vida. En una oportunidad estaba decidido a divorciarme y así dejar a mi esposa y mis tres (03) hijas solas, por diferencias con mi esposa y no encontrar una solución lógica a tal evento en mi vida y fue Jorge que después de buscarme por más de un mes sin descanso, sin desistir, insistiendo y yo huyendo de él porque sé que para él la familia lo es todo y me iba a orientar hasta que cambiara de opinión; pues en un descuido de mi parte dio conmigo y me dijo: **SÉ QUE CREES QUE NO ES MI PROBLEMA, PERO SINO TE DIGO ESTO, NO ME LO VOY A PERDONAR, NO PERMITAS QUE A TUS HIJAS LAS CRIE Y LAS HAGA CRECER OTRO HOMBRE QUE NO LES TENGA AMOR Y QUE NO LE IMPORTE SU HONOR NI LES HAGA VER CUÁNTO VALEN, te quiero mucho paulino**, se volteó y se fue, acto seguido, irremediablemente comencé a llorar y con esa forma de presentarme el escenario futuro, cambié radical y absolutamente de opinión; esto sucedió en el año 2016 y hoy por hoy, seis años después estoy más afianzado en Dios y en mi matrimonio , junto a mis hijas, como una familia. Jorge es un hombre de familia, de principios, religioso, bondadoso, humilde y total y absolutamente transparente, un verdadero foco de inteligencia y sabiduría, de apoyo y de consejo oportuno, incapaz de dañar a alguien y siempre pendiente de apoyar al que más lo necesita, sin distingo ni juzgando a nadie, solo tratando de hacer el bien y agradeciendo a nuestro padre santo por haberle dado el don de la bondad.

Por todo lo anterior, Honorable Juez, primeramente gracias por haberse tomado el tiempo de haber leído esta carta para conocer de primera mano el tipo de persona que es Jorge

y asimismo pido, que la presente, sea tomada en cuenta al momento de dictar sentencia en el caso de Jorge, él es un hombre que merece estar con su esposa y sus hijas pequeñas.

Sinceramente,

Paulino Millán

Documento venezolano

13.921.846

April 11th, 2022.

Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United State Courthouse

400 North Miami Avenue, Miami, Florida 33128

Room 13-2

Dear Judge Huck:

My name is Paulino José Millán Sabino, I am a friend, and I have known Jorge Luis Nobrega by sight and have treated him since 2014. We met through a friend we had in common (Virgilio Raúl Márquez Morillo) during a visit on my part to the city of Barcelona, Anzoátegui state, Venezuela. Jorge and I are very clear about the seriousness of this situation; however, I would like to give this court an idea of what a good person is and how noble Jorge is.

Jorge is a kind of selfless person and capable of giving what he has and what he doesn't, just for the sake of helping. He is the most selfless and selfless person I know on the face of the earth, far surpassing my own family. I have counted on him not only financially, which would be the easiest case where anyone could help, but also in the personal, family, and most intimate problems of my life. On one occasion, I was determined to get a divorce and thus leave my wife and my three (03) daughters alone due to differences with my wife and not finding a logical solution to such an event in my life, and it was Jorge who, after looking for me for more than a month without rest, without giving up, insisting and I running away from him because I know that family is everything to him and he was going to guide me until he changed his mind; Well, an oversight on my part, he found me and told me: **I KNOW YOU THINK IT'S NOT MY PROBLEM, BUT IF I DON'T TELL YOU THIS, I'M NOT GOING TO FORGIVE MYSELF. DO NOT ALLOW YOUR DAUGHTERS TO BE RAISED BY ANOTHER MAN WHO DOES NOT LOVE THEM AND DOES NOT CARE ABOUT THEIR HONOR OR DOES NOT MAKE THEM SEE HOW MUCH**

**THEY ARE WORTH. I love you so much Paulino**, He turned and left, and immediately afterward, I irremediably began to cry, and, with that way of presenting the future scenario to me, I radically and completely changed my mind. That happened in 2016, and nowadays, six years later, I am more established in God and my marriage, together with my daughters, as a family. Jorge is a family man, with principles, religious, kind, humble, and transparent, he is a true source of intelligence, wisdom, support, and timely advice. He is incapable of harming anyone and is always willing to support those who need it most, without distinguishing or judging anyone, just trying to do good and thanking our holy father for giving him the gift of kindness.

For all of the above, Honorable Judge, first of all, I would like to thank you for taking the time to read this letter to learn first-hand the type of person Jorge is. I also ask you to take this letter into account when dictating judgment in Jorge's case because he is a man who deserves to be with his wife and young daughters.

Sincerely,

Paulino Millán
ID: 13.921.846

07 de febrero de 2022

El Honorable Juez Principal Paul C. Huck
Wilkie D. Ferguson, Jr. United States
Courthouse400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Estimado Juez Huck:

Yo, PEDRO JOSE HERNANDEZ ALMERIDA, venezolano, titular de la cedula de identidad V-18.228.165 quisiera manifestarle, por medio de la presente, que Conozco a Jorge Nobrega desde hace más de diecisiete (17) años, tiempo en el que he trabajado con él.  Jorge y yo somos conscientes de la gravedad de esta situación, sin embargo, me gustaría dar al tribunal una perspectiva sobre el tipo de persona que es Jorge.

Escribo esta carta porque me resulta difícil digerir que una persona de buen corazón como lo es Jorge, esté pasando por esta situación tan desagradable, él que ha llenado nuestras vidas, y digo "nuestras" porque no solo es la mía, sino la de muchas personas, pues el ha estado ahí para llenarla de cosas positivas que pueden existir.

Sinceramente en todo este tiempo que llevo conociéndolo, he aprendido muchas cosas y gracias a él soy la persona que soy en estos momentos y en parte se la debo a él por sus enseñanzas porque siempre me ha aconsejado y ayudado a ser hombre se bien y me ha demostrado que, en la humildad, el respeto a la lealtad, está la clave para ser quien queremos ser antes los ojos de Dios.

Jorge siempre ha sido un gran amigo, una persona muy especial, pues en el momento que realmente necesité a alguien a mi lado, él ha estado ahí para apoyar y motivar con sus palabras de aliento que no hay que preocuparse que todo saldrá bien

Jorge es una persona muy querida en su comunidad que siempre aporta algo sin esperar nada a cambio, es muy unido a su familia, y de acuerdo a mis vivencias con el puedo expresarle con toda sinceridad que es un muy buen hijo, hermano, esposo y sobre todo un buen padre, de corazón puedo asegurar que su personalidad, carisma y sensibilidad es un ejemplo a seguir.

Sin embargo, a pesar de todo, lamentablemente cometió un error, y en las oportunidades que he logrado tener contacto con él, después del arresto, ha mostrado un completo arrepentimiento de todo lo sucedido y sin duda alguna, ha aprendido de sus errores.

Agradezco sinceramente el tiempo que se ha tomado para leer esta carta, en donde con sinceridad explico quién es Jorge y en donde pido piedad por una persona buena que solo se ha dedicado en trabajar y sacar adelante a su familia.

Por este motivo pido por su buena bondad a la hora de dictar la sentencia y logre comprender la clase de persona que es Jorge y tomé en cuenta que su familia lo espera de vuelta en casa ya que él es el pilar de su hogar y esta situación afecta a todos.

Esta es la razón por la que pido clemencia por que doy fe de quien es Jorge.

Sin más que agregar,

_____

Atentamente
Pedro J. Hernandez A.
Pedrohernandez271186@gmail.com

February 7th, 2022.


Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue

Room 13-2
Miami, Florida 33128

Dead Judge Huck:

I, PEDRO JOSE HERNANDEZ ALMERIDA, Venezuelan, holder of identity card V-18.228.165, would like to express to you, through this letter, that I have known Jorge Nobrega for more than seventeen (17) years, time in which I have worked with him. Jorge and I are aware of the seriousness of this situation; however, I would like to give the court some perspective on the type of person Jorge is.

I write this letter because it is difficult for me to understand that a person with a good heart like Jorge is going through this unpleasant situation, he who has filled our lives, and I say "ours" because it is not only mine but that of many people. After all, he has been there to fill it with positive things that can exist.

Honestly, in all this time that I have known him, I have learned many things and, thanks to him, I am the person I am at this moment and, I owe it in part to him for his teachings because he has always advised me and helped me to be a good man and he has shown me that, in humility, in respect for loyalty, is the key to being whom we want to be before the eyes of God.

Jorge has always been a great friend, a very special person because when I needed someone by my side, he has been there to support and motivate me with his words of encouragement that there is no need to worry that everything will be fine.

Jorge is a loved person in his community who always contributes something without expecting anything in return, he is very close to his family, and according to my experiences with him, I can honestly tell you that he is a good son, brother, husband and above all a good father, from my heart, I can assure you that his personality, charisma, and sensitivity are an example to follow.

However, despite everything, he, unfortunately, made a mistake, and, on the occasions that I have managed to have contact with him, after the arrest, he has shown complete regret for everything that happened and, without a doubt, he has learned from his mistakes.

I sincerely appreciate the time you have taken to read this letter, in which I honestly explain who Jorge is and where I ask for mercy for a good person who has only dedicated himself to working and raising his family.

For this reason, I ask for your good kindness when passing a verdict and for you to understand the kind of person Jorge is and keep in mind that his family is waiting for him back home since he is the pillar of his home and this situation affects everyone.

This is the reason why I demand mercy because I attest to who Jorge is.

I have nothing further,

Sincerely

Pedro J. Hernandez A.
Pedrohernandez271186@gmail.com

11 de abril de 2022.

El Honorable Juez Principal Paul C. Huck

Wilkie D. Ferguson, Jr. United State Courthouse

400 North Miami Avenue

Room 13-2

Miami; Florida 33128

Estimado Juez Huck:

Mi nombre es Sorangel Coromoto Luzardo Prieto esposa de Paulino José Millán Sabino, soy amiga y conozco de vista y trato al ciudadano Jorge Luis Nobrega desde el año 2015, nos conocimos a través de lo mucho que habla mi esposo con él. Jorge y yo estamos conscientes de la gravedad de la situación en sí, pero me gustaría hacer del conocimiento de este tribunal el tipo de persona que es Jorge.

Jorge es la persona que salvó a mi familia de la debacle que significa un divorcio, gracias a él mi esposo se convirtió en padre ejemplar, un esposo fiel y en ese mejor amigo con el que siempre quise estar casada. Soy cristiana, y en este tiempo en el que  Jorge y su familia han pasado por este tan desagradable proceso, he estado más cerca de ellos, acompañándolos en oración y arrodillándome al Dios todopoderoso por clemencia para él y que así pueda estar junto a los suyos; puedo expresar por esta misiva que Jorge es una persona maravillosa con una gran familia que esperan por el en su casa para que siga siendo ese sacerdote que guía acompaña y protege tanto a sus dos niñas como a su esposa . se que muchas veces nuestro padre todopoderoso nos hace pasar por desiertos para fortalecernos en nuestra fe . todo estos meses que el Jorge ha estado en ese lugar me he podido dar cuenta que el  Jorge ha aceptado a nuestro Dios como su único salvador y aunque muchas veces no entendamos los procesos que nuestro padre nos coloca , lo que si tenemos que tener claro es que siempre son para bien , le voy a comentar una anécdota de Jorge y mi esposo , Jorge llamaba a mi esposo a las 2 de la mañana para hablar y usted sabe cómo somos nosotras las mujeres ,yo peleaba con mi esposo jajajaja y de paso se salía del cuarto, hasta que por fin entendí que Jorge era noctambulo, de corazón son tantas anécdotas, pero necesitaría más que una sola carta para poderle describir y expresar la gran persona que es ,solo le puedo decir que Jorge es de esas pocas personas que quedan,  que cuando usted lo necesita para un consejo o un apoyo, él va estar y así como él ha sido con mi familia, incondicional en todo momento, así mismo será mi familia con él y aquí lo estamos esperando para patear calle trabajar y salir adelante, solo le pido a nuestro padre que obre en el corazón de todos los que llevan su caso.

Honorable Juez, gracias por haberse tomado el tiempo de haber leído esta carta y saber el tipo de persona que es Jorge Luis Nobrega y pido muy encarecidamente, que esta carta, sea tomada en cuenta al momento de dictar sentencia en el caso de Jorge, Dios lo bendiga a usted y a su familia.

Sinceramente,

Sorangel Luzardo

Documento venezolano

15.013.900

April 11th, 2022.

Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue, Miami, Florida 33128

Room 13-2


Dear Judge Huck:


My name is Sorangel Coromoto Luzardo Prieto, wife of Paulino José Millán Sabino, I am a friend, and I have known Jorge Luis Nobrega by sight and treatment since 2015. We met through how much my husband talks with him. Jorge and I are aware of the seriousness of the situation, but I would like to make this court aware of the type of person Jorge is.

Jorge is the person who saved my family from the debacle that a divorce means; thanks to him, my husband became an exemplary father, a faithful husband, and that best friend with whom I always wanted to be married. I am a Christian, and during this time in which Jorge and his family have gone through this unpleasant process, I have been closer to them, accompanying them in prayer and kneeling to the Almighty God for mercy for him and so that he can be with his family. I can express through this letter that Jorge is a wonderful person with a great family who wait for him in his house so that he continues to be that priest who guides, accompanies, and protects both his two girls and his wife. I know that our almighty father often makes us go through deserts to strengthen our faith. All these months that Jorge has been in that place, I have been able to realize that Jorge has accepted our God as his only savior, and although many times we do not understand the processes that our father God imposes on us, what we must be clear about is that they are always for the Good. I am going to tell you an anecdote about Jorge and my husband, Jorge would call my husband at 2 in the morning to talk, and you know how we women are, I would fight with

my husband hahaha, and by the way, he would leave the room, until I finally understood that Jorge was a night owl, from the heart there are so many anecdotes but I would need more than a single letter to be able to describe him and express the great person he is, I can only tell him that Jorge is one of those few people left in the world, that when you need him for advice or support, he will be there and just as he has been with my family, unconditional at all times, so my family will be with him, and here we are waiting for him to hit the streets, work and get ahead, I only ask our father to act on the hearts of all those who take his case.

Honorable Judge, thank you for taking the time to read this letter and know the kind of person Jorge Luis Nobrega is, and I strongly urge that this letter be taken into account when you pass the sentence in Jorge's case. God bless you and your family.

Sincerely,

Sorangel Luzardo

ID: 15.013.900

March 15th, 2022


Honorable Judge Paul C. Huck

United States Courthouse,

400 North Miami Avenue

Room 13-2

Miami, Florida 33128


Judge Paul C. Huck,

We are: Gloria Abanses and Raphael Abanses

We met Jorge Nobrega approximately 24 years ago. We met Jorge through our business. He asked us for advice starting his business. We helped him with his company. We were exporters and he also wanted to do export to Venezuela.

He came to our office many times and we became friends. I Raphael became his son Marco Godfather.

We never had any problems with him. We know all his family and some of his friends.

When my wife Gloria had cancer, he was always there for us in our time of need. He gave Gloria a computer and that's how she learned how to use one. He was always helping her to learn. He did this throughout all her cancer treatments. That is something we will never forget.

He was always there when we needed him. And he never forgot about us. He has always been a good friend.

It is with sincere hope that you take this letter into consideration of Jorge Nobrega sentencing and show him mercy.


Thank you.

Sincerely,

Gloria and Raphael Abanses

Our address is: 3212 Mossy Rock Road, Owens Cross Roads, Al 35763

Our phone number is: (407) 353-6515

February 9th, 2022

Honorable Judge Paul C. Huck.
Wilkie D. Ferguson, Jr. United States Courthouse.
400 North Miami Ave.
Room 13-2
Miami, Florida 33128.


Dear Judge Huck:

My name is Honorina del Carmen Jiménez, I know Jorge Luis Nobrega, we are cousins, therefore we have known each other for more than 50 years, we met in Venezuela, specifically in Anzoátegui State.

Your Honor, Jorge and I are aware of the seriousness of this situation, however I would like to give the court a perspective on the type of person Jorge is. I really have no words to describe my cousin, he has always been extremely dedicated and loyal not only in family matters but also in friendships. He was, he is and will be a great support. I can't remember a time when I needed my cousin and he wasn't there. And this not only with me but also with the whole family and everyone who has needed it.

I remember about 10 years ago when I was diagnosed with breast cancer, my cousin Jorge supported me unconditionally with his presence and generosity. This has not only been with me, this has been with everyone who has needed it, especially with the family. Jorge is a very loved person in the community and he constantly helps without looking at who.

He is extremely dedicated to our family; I have been able to see and feel the beautiful relationship he has with each and every one of us. The most recent thing I remember was the great love and care he had for my uncle Luis Nobrega (his father) until his last days. Also, with my aunts Carmen Rodríguez de Nobrega (his mother) who is suffering from cancer. He has proven to be an excellent son. Judge, I have so many anecdotes of my cousin's great human quality, that this letter would not be enough to tell him about Jorge's beautiful heart.

Lately, the few times that I have been able to write to him, after his arrest, he has shown me great understanding of his actions, and great remorse. He has tried his best to become more self-aware and learn from his mistakes. I can feel that this situation has connected him even more with God, his faith getting bigger every day and especially valuing life and freedom.

Honorable, Sr. Judge. I ask for mercy in the case of my cousin Jorge Luis Nobrega, please take this letter into account when passing sentence, I sincerely hope that what I expressed here is taken into account and that you have mercy on my cousin. I thank you very much for taking the time to read this letter and to better understand the kind of human being that Jorge Luis Nobrega is and understand the suffering we are going through.

To be honest

Honorina Jimenez.

January 18th, 2022

The Honorable Senior Judge: Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse.

400 North Miami Avenue, Room 13-2

Miami, Florida 33128


Honorable Judge Huck:

My name is Irma Nóbrega. I have known Jorge Luis Nóbrega since he was born 57 years ago.

Jorge and I are both aware of the gravity of this situation, however I would like to give the court some perspective as to the kind of person that Jorge is.

He always has been a special person, good son, good brother very good student extremely dedicated to our family and friends, as a sister I cannot recount a time when I needed him and always was there for me, for our parents, sister, his kids, nieces, and the whole family. He is so kind and generous person since he was a little kid and it does not chance over the years.

Jorge is upstanding member of his community or any community he shares who constantly gives back helping anybody who needs his help.

Jorge is extremely dedicated to his family, his kids he is such a good father being always aware of what they need not only material but emotionally, a good son to our parents taking care of them in wherever needs for health or living, like our mother medical spences for a cancer chemotherapy. Same with our dad who suffered respiratory condition.

The times that I have spoken with Jorge after his arrest, Jorge has shown a great understanding of his actions and shows great regret and. Jorge has been doing everything in his hands to become more self aware and to learn from his mistakes.

It is my sincere hope that this letter is taken into consideration at the time of judgement and show some mercy for him, I thank you for taking time to read this letter and understand what kind of person Jorge is.

Sincerely

Irma Nóbrega

Venezuela
February 8th, 2022.


Honorable Judge Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Dear Judge Huck, my name is Lauranny Bermudez. I have known Jorge Nobrega for more than 20 years, where we met in Puerto la Cruz, Venezuela. Since then, we are very close. I consider him part of my family. Jorge and I are aware of the seriousness of this situation; however, I would like to give the court some perspective on the type of person Jorge is.

Jorge is an admirable and intelligent man. He is a wonderful and very dedicated father. He is always looking for ways to make his children happy, and he is present for them day by day. He is always attentive to the smallest details, such as giving them a goodbye hug when they go to school in the morning until telling them a story at night to sleep.

Jorge is very cheerful. Wherever he goes, he is the life of the party. He looks for a way to make everyone laugh with thousands of jokes and anecdotes.

Jorge through all these years has become a person that I know I can count on in any situation. He has been there for me at all times in my joys and difficulties.

Jorge is a caring person, and not only with his friends and family.

Jorge saved the life of a boy who suffered from a disease that could end his life. This child needed an expensive operation to be saved, this was a fairly long process, from many medical studies and medications to the operation, and throughout this journey, he was present supporting that family, without any interest involved, because this was the son of one of his employees, with this, I am not only referring to financial support but also the emotional part, the human part that denotes the greatness of men.

Since I have known him, I have witnessed how noble and empathetic Jorge is, but this is one of the many anecdotes that had a great impact on me.

The times I have been through bad situations, I have always been able to count on him, he has always encouraged me to improve my spirits in bad times, he is a friend whom I have been able to count on in all circumstances and so many words of thanks would not fit in this letter.

Witnessing the communication, he has with his loved ones; I realize how much he needs to be close to them. Being in his house sharing with his little daughters, I notice the sadness they feel for the absence of their father, for this reason, Judge, I ask you to warm your heart a little and have mercy on Jorge Nobrega so that he can soon be with his family and be present during the childhood and adolescence of his daughters since these are stages of great importance and in which they most need a father figure.

Judge, all humans make mistakes, but before making your decision, I hope you consider this letter, because through it you can learn who Jorge Nobrega is, how noble and kind he has been and how special he is to all the people who have had the blessing of having him present in our lives.

Thank you very much for taking the time to read this. I hope God guides you to make the right decision.

Marcos Andres Nobrega

David W. Macey Esq.

135 San Lorenzo Ave.

Penthouse 830

Coral Gables, FL 33146

28 February 2022


Dear Honorable Paul C. Huck,

Senior U.S. District Court Judge


My name is Marcos Nobrega, and I am the second child and second son of Jorge Luis Nobrega. I'm 25 years of age and am currently enrolled at the University of Central Florida in Orlando. I'm currently majoring in Clinical Psychology and have a year left before achieving a bachelors. Back in August, I found out he was arrested at Miami Airport when I came back from my weeklong vacation in Colombia. It was a bit devastated to find out and hear the news about this. I was scared, and I knew that this situation was a big turning point in my life because it was my father. This is a very particular case and I'm fully aware of the implications and current charges against him. I'm also aware that this current predicament has affected the entire family, including myself. I understand that I must continue to stay resilient, despite what others have to say about it. This has not been an easy road for me mentally these past six months.


Back in my childhood, I couldn't speak until the age of three, even though I understood non-verbal cues. I was also diagnosed with a speech and language impediment and had to go to speech therapy for me speak.  I was in an ESE class and had an IEP because of it. Sometimes, the way I said things or how I said things would not come out the way I wanted to. Two of the doctors I visited told my parents I may have High Functioning Autism. My father would always support me in any way he could, financially or not. He used to take me to school sometimes and on some days, would pick me up afterwards to spend time with him outside the house. He also lived in Miami and took me down there on a plane one time over the weekend to spend time with him. He was on a business trip as well and still was able to spend time with me.


I would always have movie nights where we (my brother, sister, him & I) would sit in the family room and watch late night movies until all of us fell asleep. I would also travel with him to Venezuela every summer to see my abuela (grandmother) and tias (aunts). I used to dislike going to Venezuela over the summer because it was during wet season, which means it was hot and humid with mosquitos everywhere. However, despite the weather, I would always enjoy the

company of my dad's side of the family. I loved seeing my abuelita every time she came to visit the house. She's the one that brings so much joy and resilience to the family. She taught me to remain resilient, grateful, and appreciative, despite any negative circumstances thrown my way. She taught me the biggest lesson in life: happiness. I can't wait until my life isn't hard anymore to decide to be happy. I can be happy right now. A couple years ago, she was diagnosed with ovarian cancer and had to undergo chemotherapy. My father supported her (still does) financially 100% of the way despite the awful economy in the country. I talk to her over WhatsApp and I make sure to cherish every minute I speak with her as if it was my last. She's almost 90 years old and she may not be here tomorrow so I'm very grateful she's still here with us today. I'm also very grateful that my father would allow her to come visit the house so that I can spend more time with her, talk to her in Spanish, cook with her, and go out to places with her. He has kept her alive throughout her diagnosis and I hope it stays that way.

When I came out to my parents, I told my mother first in 2014 that I was gay and that I've liked guys since my childhood. I've never been in any relationship with a guy, but that's okay. I'm taking my time each day loving who I am and loving my flaws. My time will come. When I told my father in 2017 that I was gay, he told me he was accepting of me and still loved me no matter what. Honestly, I expected him to be very dismissive and disgusted of me since he has a more traditional mindset and a more machismo attitude in his life. It was surprising to me that he accepted me and still love me as a son. I expected him to disown me and never speak to me or my sisters ever again. I sighed after talking with him about it and remained grateful that both of my parents were not homophobic. My father still financially supported me in any way he could, and I appreciated his continued efforts to financially support me as well.

I feel that I'm in period in my life where I'm doing what I love. I love my major. I'm passionate about the field. I'm passionate about modeling, art, and fashion. I love doing photoshoots, makeup, styling, and wearing high heels. It helps me stay motivated and gives me plenty of direction in my life. I always tell people age is just a number and you can achieve anything at any age. Getting your bachelor's degree at age 30? That's okay. Starting a family at 40? That's okay. Getting a good job at age 50? That's okay. Starting a business at age 60? That's okay. Traveling the world at age 70? THAT'S OKAY. My father has supported me financially throughout the years and I remain incredibly appreciative and grateful for that. He has helped me out of sticky situations before and would continue to support me any possible way he could. He has helped pay for my Florida Prepaid Plan for me to go to college. He would allow me to come down to Miami to spend time with my younger sisters, Leia and Georgia. I love them very deeply. They both look up to me and consider me an important figure in their lives.

Overall, I'm still very shocked about my father's case and believe that there should be other things to consider, despite the serious charges against him. He has a family that he cares deeply about. He has a family that cares deeply for him. He has contributed significantly to the people that he loves. He has supported others financially and with good intent. He loves his children very greatly. All these qualities he possesses should be considered. I can only speak from my point of view that he is a loyal, supportive, steadfast, and loving father. I'm beyond grateful and blessed to have him as a father figure in my life. Please take my letter into account in assessing this case and hope that you make a fair, yet firm decision on his court and trial date.

Best regards,

Marcos Nobrega

4543 Saddleworth Circle

Orlando, FL 32826

X____Marcos Andres Nobrega____

Signed Electronically on the 28 of February 2022

Honorable Judge Paul C. Huck

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue,

Room 13-2

Miami, Florida 33128

Dear Judge Huck:

We understand that Jorge's situation is complex, but we would like to give the court our perspective on the kind of person Jorge Nobrega is. Jorge is a supportive, empathetic, friendly man with the people around him. He is a human full of respect and love for those who stay by his side in both; good and bad times. His loyalty is one of the characteristics that define him, regardless of the circumstances, he is always there to give you a helping hand.

Jorge is a person who helps many people in Venezuela, even when some take his trust and friendship in vain regardless of negative experiences; Jorge has been a positive person who believes in second chances since anyone can make a mistake. In this instance, Jorge was a man who made a mistake; he put himself in a situation that was not ideal; however, we are sure that he has reflected and has the greatest willingness to amend his situation. Jorge sees the importance of life and family as essential, and although he has lost his freedom, he has the love of his family and friends present. Although no letter can indeed exonerate what happened, we believe you must meet a good man, and

he deserves a second chance to be again the pillar of love and light for his family and the people around him. We thank Judge Huck for reading this letter and spending a few minutes of your valuable time.


Sincerely,

Marquez family

**January 12th, 2022**

The Honorable Senior Judge Paul C. Huck
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Dear Judge Huck:

My name is Max Perez and I have been friends with Jorge Luis Nobrega for over 40 years. As a matter of fact, our friendship goes back to our Sophomore year in military High School in our native Venezuela. We are both aware of the gravity of this situation, so I am writing this note to you to explain my perspective of Jorge's character and values over our decades of friendship.

Jorge and I hold a special relationship that goes beyond our youthful years. We came to the US to go to college together, roomed together, and remained best of friends despite the distance that separates us. During all these years, Jorge and I remained close friends; he was even the best man in my wedding and I was the best man in his. He has always been there for me in support and friendship thru good and bad times. He is always calling to touch base and we would visit each other often. He is a dedicated father and partner to his wife Durmelys. He always made sure their family was taken care of, including his children, parents, sisters, and extended family as well. For many years, he was the provider for many relatives less fortunate than him. He was always very welcoming and a great host at his house. He is a very loyal person to those close to him and I could always count on him to help me when I needed support.

During all these years, our High School class, has remained very active and we often support each other during hard times due to the situation in Venezuela; Jorge often contributes financially and emotionally to the needs of his friends in this tight group.

I am writing you to attest to his change and transformation during his stay in the detention center. He remains optimistic and has nurtured his faith in God to support him thru all of this. I believe this time behind bars has made him reflect on his wrongdoings and I am convinced that he will emerge a better man, father, and friend after this experience. He writes me often from prison and shares his deep faith and love with me. He often asks me to pray for him. The times that I have interacted with Jorge after his arrest, Jorge has shown a great understanding of his actions and shows great remorse.

Your honor, I kindly ask that you take into consideration the wonderful human being, friend, father, and husband, that Jorge is when considering his sentence. I hope you have clemency on him for his wrongful doing. Thank you for taking the time to read this note to understand the kind of person that Jorge truly is.

Sincerely,

Max Perez

Feb 23, 2022

David W. Macey Esq.
135 San Lorenzo Ave.
Penthouse 830
Coral Gables, Fl 33146

Dear Honorable Paul C. Huck,

I am writing to you regarding Jorge Nobrega's case. I am aware of his case and circumstances. Let me introduce myself, my name is Sherry Summers. I am 58 and have been married to Jorge since June 2, 1988. We met and married while he was still in college, and I had started working. I started a career at Victoria's Secret in 1987 and continued for 32 years. We both had goals to start a family and a business. We then moved from Kansas City to Florida in 1990. In 1993, we had our first child (Armando). Jorge was the most supportive, helpful and willing to do what ever it took to make life as easy as possible with a newborn. Soon after he began to travel and for me to continue to work, he supported me by hiring a live-in nanny plus we had just purchased our first house in Orlando, which is where my 2 children and myself reside at this time.

I am truly grateful for the monetary and moral support he has continued give me throughout the years. We soon had another child (Marcos), in 1996. In the beginning he was diagnosed to be on the Autism spectrum. This was challenging and heartbreaking for me at the time. Jorge was always there with his positive moral support and willingness to do what ever it took to help his son and myself. It took many years of speech therapy, constant testing and tutoring during his elementary, middle and high school years to get him everything he needed. Jorge was there for me every step of the way. Jorge's continued support and encouragement every year is what has helped him get through 3 years of college so far. He continues to be there for Marcos and his journey to becoming a responsible adult. This has been such a huge help and has made my life so much better.

I couple of years later after my second child was born, I received some devastating news that I had had a miscarriage. I was heartbroken and went through a period of depression. Jorge was there for me during this time. His soft-spoken words helped me get through this every day. He made my life easier to handle and helped me in so many ways.

My oldest son, Armando has had may crises in his life. He has and continues to suffer from substance and alcohol abuse. Jorge has supported him with long-term and short-term care throughout the years. He is a positive encourager and continues to help him ad myself deal with his behavior. Jorge has given his time, patience, and focus to helping Armando with his addiction, which interns helps me every day. There are so many other instances and people which he has had a positive impact on, these are just a few in my life.

He has helped so many people over the years, his mother and our family friend were both diagnosed with Cancer, and he has supported them both through the years with his kind words and encouragement and cancer treatments. Jorge has been such a great friend and provider to myself and both of my kids, even though our marriage never worked out. He has always been honest, truthful and willing to help others any way he can. When I needed support, he has always been there for me no matter what. The love and support he gives his kids are

unconditional.  He would say to me "Just love the kids no matter what, that's all the matters." I am truly thankful and blessed to have him in my life and my children's life.

I feel that his conduct in this case is completely out of his normal character.  Please consider my letter in assessing this case and be as lenient as possible with Jorge. Thank you

Sherry Summers
4543 Saddleworth Cir
Orlando, Fl 32826