UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 21-CR-20442-HUCK

      Plaintiff,

vs.

JORGE LUIS NOBREGA RODRIGUEZ.

      Defendant.

_____/

## CLAIMANT, B&B CAPITAL GROUP 26, LLC.'S CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9

**COMES NOW**, the Claimant, B&B Capital Group 26, LLC. (hereinafter "B&B"), by and through its undersigned counsel, certifies that it has conferred with Government counsel pursuant to Local Rule 88.9 concerning the Claim Petition and the Request for Hearing it filed under D.E. 47. The undersigned certifies that based on conversations with the Government, the Government will not be challenging the validity of the recorded mortgage, promissory note, UCC-1 and other recorded documents in favor of Claimant B&B Capital Group 26, LLC. The Government further accepts B&B's claim as to the principal amount owed on the mortgage. However, the Parties have disagreements regarding B&B's entitlement to certain claims under the mortgage, note, UCC-1 and other recorded documents, i.e., the amount of interest B&B is entitled to, whether Claimant is entitled to costs (Recording fees and expenses of the litigation) and attorney's fees and possibly other terms of the documents. The parties have been and will continue to negotiate in good faith to attempt to resolve these issues and avoid a hearing.

As to the request for a hearing as set out in the Claimant's Petition, the Parties request that the Court not set a hearing yet in order to give the Parties some time to try to resolve these issues

amongst themselves. If the Parties cannot come to an agreement within a reasonable time, the parties will file a notice advising the Court that a hearing will be necessary and how much time the parties expect they will need.

**WHEREFORE**, Claimant, B&B Capital Group 26, LLC., respectfully prays that this Honorable Court accept this Certificate of Conferral in compliance with this Court's instruction.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed this 10th day of June, 2022, via *CM/ECF.*

        Respectfully submitted,

        **QUINTERO BROCHE, P.A.**
        *Attorneys for Claimant, B&B Capital Grp. 26, LLC*
        75 Valencia Avenue, Suite 800
        Coral Gables, Florida 33134
        Tel.: 305-446-0303/Fax: 305-446-4503
        E-mail: eservice@quinterolaw.net
                fquintero@quinterolaw.net
                jpbroche@quinterolaw.net

By:    /s/ *Frank Quintero, Jr.*
        FRANK QUINTERO, JR.
        Fla. Bar No.: 399167